# Exhibit 2

ATOMIC CJT ENTERPRISES

About Us | Services | Service Areas | Contact Us | Reviews | Blog | (352) 328-7178

# Service Areas

Home / Service Areas

PROFESSIONAL GUTTER SERVICES IN YOUR COMMUNITY

## Protecting Your Home With Reliable Gutter Solutions

ATOMIC CJT ENTERPRISES provides professional gutter installation, cleaning, and repair services across Central and North Florida. From new gutter systems to filtration and maintenance, our team delivers dependable solutions designed to protect your home from water damage and ensure proper drainage year round.

















































LET'S TALK!

## Get Your Free Gutter Estimate Today!

Your Name

Your Email

Phone Number

Address

Your Message (Optional)

Send

ATOMIC CJT ENTERPRISES

So what are you waiting for? Protect your home today and see why homeowners across Florida trust ATOMIC CJT ENTERPRISES for reliable gutter installation, cleaning, and maintenance services.

**Our Services**

- Gutter Installation
- Gutter Cleaning
- Gutter Filtration
- Gutter Maintenance & Repairs
- View All Services

**Company**

- Contact Us
- Services
- About Us
- Blog

**Contact Us**

ATOMIC CJT ENTERPRISES
7090 NW 170th St, Trenton, FL 32693
(352) 328-7178
charles.atomic71825@gmail.com

Copyright © 2026 **Sequoia National**. All Rights Reserved.

# Service Areas



PROFESSIONAL GUTTER SERVICES IN YOUR COMMUNITY

## Protecting Your Home With Reliable Gutter Solutions

ATOMIC CJT ENTERPRISES provides professional gutter installation, cleaning, and repair services across Central and North Florida. From new gutter systems to filtration and maintenance, our team delivers dependable solutions designed to protect your home from water damage and ensure proper drainage year round.




LET'S TALK!

### Get Your Free Gutter Estimate Today!

Your Name

Your Email

Phone Number

Address

Your Message (Optional)

Send

Our Business Hours
Monday - Thursday: 8:00 AM - 7:00 PM
Saturday: 8:00 AM - 4:00 PM
Sunday: Closed

Call or Text Anytime
(352) 328-7178

Connect With Us

ATOMIC CJT ENTERPRISES

So what are you waiting for? Protect your home today and see why homeowners across Florida trust ATOMIC CJT ENTERPRISES for reliable gutter installation, cleaning, and maintenance services.

**Our Services**
- Gutter Installation
- Gutter Cleaning
- Gutter Filtration
- Gutter Maintenance & Repairs
- View All Services

**Company**
- Contact Us
- Services
- About Us
- Blog

**Contact Us**

ATOMIC CJT ENTERPRISES
7090 NW 170th St, Trenton, FL 32693
(352) 328-7178
charles.atomic71625@gmail.cor

Copyright © 2026 **Sequoia National.** All Rights Reserved.


atomiccjtenterprises.com/service-areas/
ATOMIC CJT ENTERPRISES provides professional gutter installation, cleaning, and repair services across Central and North Florida. From new gutter systems to filtration and maintenance, our team delivers dependable solutions designed to protect your home from water damage and ensure proper drainage year round.
The Villages, FL
Tavares, FL
Tampa, FL
St. Petersburg, FL
8:49 PM
5/5/2026


atomiccjtenterprises.com/service-areas/
Leesburg, FL
Lakeland, FL
Lake City, FL
Kissimmee, FL
8:50 PM
5/5/2026